# UNITED STATES DISTRICT COURT
for the

District of __NEW JERSEY__

| | |
|---|---|
| United States of America<br>v.<br><br>AL-JARREAU BACOTE | )<br>)<br>) Case No: 2:07cr823-1<br>) USM No: 28979-050<br>) |
| Date of Original Judgment: 4 August 2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Tim Donohue, Esq<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   4 August 2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 27 April 2012

Effective Date: 27 April 2012
*(if different from order date)*

Dennis M. Cavanaugh, U.S.D.J.
*Printed name and title*